## ARTHUR M. HERITAGE *v.* KATHERINE C. HERITAGE.

### No. 1800.

FILED FEBRUARY 19, 1929.          DECIDED FEBRUARY 26, 1929.

PERRY, C. J., BANKS AND PARSONS, JJ.

*Per Curiam.* This is a petition for rehearing. The questions presented were considered before the original opinion was handed down and we know of no reason for changing our views.

The petition is denied, without argument, under the rule.

*H. E. Stafford* for the petition.